UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ALICEA,<br><br>        Plaintiff(s),<br><br>    v.<br><br>GE MONEY BANK, et al.,<br><br>        Defendant(s). | No. C09-0091 BZ<br><br>**SCHEDULING ORDER** |

Defendants have moved to dismiss the complaint for failure to state a claim.  **IT IS THEREFORE ORDERED** as follows:

1. Plaintiff and any defendant who has not yet consented to magistrate judge jurisdiction shall, by **March 30, 2009** consent to, or decline, magistrate judge jurisdiction pursuant to 28 U.S.C. §636.  The form to consent to, or decline, magistrate judge jurisdiction may be found on the court's website at: http://www.cand.uscourts.gov;

2. If any party does not consent by that date, the matter will be reassigned.  If all parties consent, plaintiff shall file its opposition no later than **April 1, 2009**.  The reply shall be filed no later than **April 8, 2009.**

1

3.   The hearing presently scheduled for **April 15, 2009** is **VACATED**, in as much as the Court is unavailable that day.  The Court will schedule a hearing once it has received the papers.

Dated: March 18, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\ALICEA V. GE MONEY BANK\SCHEDULING ORDER.wpd