REUBEN L. NOCOS, ESQ. [SBN 238011]
Nocos Law Firm, A Professional Corporation
1900 S. Norfolk St., Ste. 350
San Mateo, CA 94403
Tel. (650) 320-1747
Fax # (650)560-6092

Attorneys for Plaintiff
MARIA ALICEA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA ALICEA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GE MONEY BANK; SAXON MORTGAGE; OLD REPUBLIC DEFAULT MANAGEMENT SERVICES; MORTGAGE ELECTRONIC REGISTRATIONS SYSTEMS, INC.; WESTWOOD ASSOCIATES; U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ABFC 2007 - WMC1 TRUST; all persons or entities unknown, claiming any legal or equitable right, title, estate, lien or interest in the property described in the Complaint adverse to Plaintiff's title thereto, and DOES 1 through 30, inclusive,<br><br>　　　　　Defendants | Case No.: CV 09-00091- SBA |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff, MARIA ALICEA and Defendant, GE MONEY BANK stipulate and agree, by and through their respective counsel that:

1.　On June 18, 2009, the Honorable Saundra Brown Armstrong granted GE MONEY BANK's Motion to Dismiss Plaintiff's Complaint and allowed Plaintiff leave to amend the Complaint except for the 4th Cause of Action;

2. Plaintiff's Amended Complaint is due on July 7, 2009;

3. Defendants SAXON MORTGAGE, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ABFC 2007-WMC1 TRUST ("SAXON Defendants") filed a Motion to Dismiss Plaintiff's Complaint which was set to be heard on June 30, 2009. The ruling on this hearing has not been issued;

4. Since the pleadings are not yet at issue and there is a possibility that the Court may grant the Motion to Dismiss by SAXON Defendants and allow Plaintiff leave to amend, filing an Amended Complaint pursuant to Judge Armstrong's June 18, 2009 Order may cause confusion and waste the Court's resources;

5. Accordingly, in order to conserve the Court's resources and promote efficiency and to avoid potential conflicting pleadings, Defendant GE MONEY BANK and Plaintiff MARIA ALICEA hereby stipulate and agree that:

   a. Plaintiff's Amended Complaint will be filed after the ruling on the SAXON Defendants' Motion to Dismiss;

   b. Should the Court grant the SAXON Defendants' Motion to Dismiss and allow Plaintiff leave to amend, Plaintiff shall file her Amended Complaint based on the new deadline to be set by the Court pursuant to the Order on the SAXON Defendants' Motion to Dismiss;

   c. Should the Court not allow Plaintiff leave to amend or deny the SAXON Defendants' Motion to Dismiss, Plaintiff's deadline to file an Amended Complaint pursuant to Judge Armstrong's June 18, 2009 Order on Defendant GE MONEY BANK's Motion to Dismiss shall be three (3) days from the date of the Order on the SAXON Defendants' Motion to Dismiss and Defendant GE MONEY BANK's response will be due 20 days following Plaintiff's filing of the Amended Complaint.

IT IS SO STIPULATED.

DATED:  July 8, 2009                         NOCOS LAW FIRM
                                             A Professional Corporation


                                             By:     */s/ Reuben L. Nocos*
                                                       Reuben L. Nocos

                                             **Attorneys for Plaintiff
                                             MARIA ALICEA**


DATED:  July 8, 2009                         LAW OFFICES OF GLENN H. WECHSLER


                                             By:     */s/ Glenn H. Wechsler*
                                                       Glenn H. Wechsler

                                             **Attorneys for Defendants
                                             GE MONEY BANK**

## ORDER

Pursuant to the Stipulation Regarding Plaintiff's Amended Complaint, it is ordered that:

Plaintiff's Amended Complaint will be filed after the ruling on the Motion to Dismiss filed by Defendants SAXON MORTGAGE, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. and U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR ABFC 2007-WMC1 TRUST ("SAXON Defendants").  Should the Court grant the SAXON Defendants' Motion to Dismiss and allow Plaintiff leave to amend, Plaintiff shall file her Amended Complaint based on the new deadline to be set by the Court pursuant to the Order on the SAXON Defendants' Motion to Dismiss.  Should the Court not allow Plaintiff leave to amend or deny the SAXON Defendants' Motion to Dismiss Plaintiff's deadline to file an Amended Complaint pursuant to Judge Armstrong's June 18, 2009 Order on Defendant GE MONEY BANK's Motion to Dismiss shall be three (3) days from the date of the Order on the SAXON Defendants' Motion to Dismiss and Defendant GE MONEY BANK shall have 20 days from the time of Plaintiff's filing to file a response.

IT IS SO ORDERED.

Dated:  7/7/09                                   *Sandra B. Armstrong*
                                                 United States District Judge

Stipulation and [Proposed] Order Regarding First Amended Complaint.